

# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

FILED

2014 APR -7  PM 4: 30

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-mj-273-GWF |
| Plaintiff, | ORDER TO SEALED COMPLAINT |
| vs. | |
| JOSEPH KEEGAN, | |
| Defendant. | |

Based on Government's Motion to Seal Complaint in the above-captioned matter and good

cause appearing, therefore;

IT IS SO ORDERED that the Complaint be sealed.

DATED this ___7___ day of April, 2014.

_____
United States Magistrate Judge

DANIEL G. BOGDEN
United States Attorney
ROBERT KNIEF
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6214
FAX:  (702) 388-6698

FILED

2014 APR -7  PM 4: 30

_ MAGISTRATE JUDGE

BY_____

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.   2:14-mj-273-GWF |
|---|---|
| Plaintiff, | MOTION AND ORDER TO SEALED COMPLAINT |
| vs. | |
| JOSEPH KEEGAN, | |
| Defendant. | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and ROBERT KNIEF, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint in the above captioned matter.

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation.  The Government submits that disclosure of the information might possibly jeopardize the investigation.  The Government submits that its right to secrecy far outweighs the public's right to know.

DATED this ___7___ day of April, 2014.

DANIEL G. BOGDEN
United States Attorney

ROBERT KNIEF
Assistant United States Attorney