WILLIAM B. TERRY, ESQ.
Nevada Bar No. 001028
WILLIAM B. TERRY, CHARTERED
530 South Seventh Street
Las Vegas, Nevada 89101
(702) 385-0799
(702) 385-9788 (Fax)
Info@WilliamTerryLaw.com
Attorney for Defendant Keegan

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO.   2:14-cr-00299-JCM-CWH |
| vs. | |
| DANIEL PARLIN, KYLE BASS, JOSEPH KEEGAN, GREGORY WALKER, and ERICA STEFFENS, | |
| Defendants. | |

### MOTION TO WITHDRAW MOTION TO SUPPRESS

It is certified that the instant motion is timely filed.

COMES NOW the Defendant, JOSEPH KEEGAN, by and through his counsel, WILLIAM B. TERRY, ESQ., of the law offices of WILLIAM B. TERRY, CHARTERED and files the instant motion to withdraw the Motion to Suppress previously filed on behalf of Joseph Keegan. The basis of the motion to withdraw is that the case has now been resolved and an evidentiary hearing not necessary.

DATED this __24th__ day of March, 2015.

WILLIAM B. TERRY, CHARTERED

*/s/ William B. Terry*

WILLIAM B. TERRY, ESQ.
Nevada Bar No. 001028
WILLIAM B. TERRY, CHARTERED
530 South Seventh Street
Las Vegas, Nevada 89101
(702) 385-0799
Attorney for Defendant Keegan

## CERTIFICATE OF SERVICE

I do hereby certify that I am an employee of William B. Terry, Chartered and that on the 24th day of March, 2015, I served a true and accurate copy of the foregoing **MOTION TO WITHDRAW MOTION TO SUPPRESS** by CM/ECF to the United States District Court - District of Nevada, who will notify the following party:

Robert Knief, Esq.
Assistant United States Attorney
333 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Attorney for Plaintiff

William Carrico, Esq.
411 E. Bonneville Avenue, #250
Las Vegas, Nevada 89101
Attorney for Defendant Bass

Richard Wright, Esq.
300 S. Fourth Street, #701
Las Vegas, Nevada 89101
Attorney for Defendant Parlin

Gia McGillivray, Esq.
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Attorney for Defendant Walker

Thomas Ericsson, Esq.
700 S. Third Street
Las Vegas, Nevada 89101
Attorney for Defendant Steffens

/s/ Sarah D.
An Employee of William B. Terry, Chartered

## ORDER

It is so ordered.

DATED: March 25, 2015

_____
United States Magistrate Judge